IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RESTORATION MINISTRIES ATM, INC., et al. | * |
| | * |
| Plaintiffs, | Case No. 4:16-cv-204 (CDL) |
| v. | * |
| CAPITAL CITY BANK & TRUST COMPANY, et al., | * |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 27, 2016, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of December 2016.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk